```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 17357
   JOHN G MITMOEN SR
   KAREN A MITMOEN                            CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-9753    SSN XXX-XX-9312

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 09/24/2007 and was not confirmed.

       The case was transferred 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK           CURRENT MORTG         .00            .00           .00
ALA ASSOCIATES             UNSECURED        NOT FILED           .00           .00
BARON & CHESTNEY INTERNA   UNSECURED        NOT FILED           .00           .00
BILLER PRESS               UNSECURED        NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED          5520.94           .00           .00
CHASE                      UNSECURED        NOT FILED           .00           .00
LVNV FUNDING LLC           UNSECURED         12580.21           .00           .00
CLASSIC TILE DESIGNS INC   UNSECURED        NOT FILED           .00           .00
D&B RMS NEXTEL COMMUNICA   UNSECURED        NOT FILED           .00           .00
ES&B ATTORNEYS AT LAW      UNSECURED        NOT FILED           .00           .00
HINCKLEY SPRING            UNSECURED        NOT FILED           .00           .00
INDIAN COUNTRY             UNSECURED        NOT FILED           .00           .00
JJILL CBSD                 UNSECURED        NOT FILED           .00           .00
JOHNSON & ROUNTREE         UNSECURED        NOT FILED           .00           .00
KOHLS                      UNSECURED        NOT FILED           .00           .00
MORTON H COHON             UNSECURED        NOT FILED           .00           .00
MCHENRY WELDING SERVICE    UNSECURED        NOT FILED           .00           .00
MCI TELECOMMUNICATIONS     UNSECURED        NOT FILED           .00           .00
MICHAEL WAGNER             UNSECURED        NOT FILED           .00           .00
ACE HARDWARE               UNSECURED        NOT FILED           .00           .00
NEBS                       UNSECURED        NOT FILED           .00           .00
PJS CONCRETE               UNSECURED        NOT FILED           .00           .00
BP AMOCO                   UNSECURED        NOT FILED           .00           .00
RELIABLE CORP              UNSECURED        NOT FILED           .00           .00
SAIA INC                   UNSECURED        NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED           .00           .00
SCP                        UNSECURED        NOT FILED           .00           .00
TNB-TARGET                 UNSECURED        NOT FILED           .00           .00
TARGET RENTAL              UNSECURED        NOT FILED           .00           .00
BALDERS STONE              UNSECURED        NOT FILED           .00           .00
WATKINS MOTOR LINES INC    UNSECURED        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED              .00           .00           .00
ES&B ATTORNEYS AT LAW      SECURED NOT I   20000.00            .00           .00
ES&B ATTORNEYS AT LAW      SECURED NOT I   20000.00            .00           .00
CHARLES N THERMAN ESQ      DEBTOR ATTY          .00            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 17357 JOHN G MITMOEN SR & KAREN A MITMOEN
```

```
TOM VAUGHN                    TRUSTEE                                    .00
DEBTOR REFUND                 REFUND                                     .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                        .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 01/22/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE